UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                  ORDER
v.                               08-CR-186A

WILLIAM PUTNAM,

                Defendant.

---

The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On November 3, 2010, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's omnibus motion seeking suppression of statements and suppression of evidence be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott 's Report and Recommendation, defendant's omnibus motion seeking suppression of statements and suppression of evidence is denied.

SO ORDERED.

                                  *s/ Richard J. Arcara*
                                  HONORABLE RICHARD J. ARCARA
                                  UNITED STATES DISTRICT JUDGE

DATED: November 19, 2010